**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JUL 18 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 18-10171 |
| Plaintiff-Appellee, | D.C. No. 2:17-cr-00272-JAD-CWH-1 |
| v. | |
| ROSE MARIE DAVIS, | MEMORANDUM* |
| Defendant-Appellant. | |

Appeal from the United States District Court
for the District of Nevada
Jennifer A. Dorsey, District Judge, Presiding

Submitted July 15, 2019**

Before: SCHROEDER, SILVERMAN, and CLIFTON, Circuit Judges.

Rose Marie Davis appeals from the district court's judgment and challenges her guilty-plea convictions and aggregate 34-month sentence for mail theft, in violation of 18 U.S.C. § 1708; using or trafficking in an unauthorized access device, in violation of 18 U.S.C. § 1029(a)(2), (c)(1)(A)(i); and aggravated identity

---

\* This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

\*\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

theft, in violation of 18 U.S.C. § 1028A(a)(1).  Pursuant to *Anders v. California*, 386 U.S. 738 (1967), Davis's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record.  We have provided Davis the opportunity to file a pro se supplemental brief.  No pro se supplemental brief or answering brief has been filed.

Davis waived the right to appeal her conviction and sentence.  Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable issue as to the validity of the waiver.  *See United States v. Watson*, 582 F.3d 974, 986-88 (9th Cir. 2009).  We accordingly dismiss the appeal.  *See id.* at 988.

Counsel's motion to withdraw is **GRANTED.**

**DISMISSED.**